THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAVIER COLIN FLORES**                                                             **PLAINTIFF**

v.                        **Case No. 4:20-cv-00207-KGB**

**VAN BUREN COUNTY JAIL,** *et al.*                                 **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray on April 3, 2020 (Dkt. No. 11). No objections have been filed, and the deadline to do so has since passed. Judge Ray recommends that plaintiff Javier Colin Flores' complaint and amended complaint be dismissed, without prejudice. Having carefully reviewed the Recommended Disposition, the applicable legal authorities, and the entire record in this matter, the Court finds no reason to alter or reject Judge Ray's conclusion.

Accordingly, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law. Mr. Flores' complaint and amended complaint are dismissed, without prejudice (Dkt. Nos. 1, 9). The dismissal of this action constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g). Finally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment entered in this case would not be taken in good faith.

It is so ordered this 21st day of January, 2021.

Kristine G. Baker
United States District Judge