THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAVIER COLIN FLORES**                                                                                           **PLAINTIFF**

v.                              Case No. 4:20-cv-00207-KGB

**VAN BUREN COUNTY JAIL,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Javier Colin Flores' complaint and amended complaint are dismissed without prejudice. The relief requested is denied.

It is so adjudged this 21st day of January, 2021.

_____
Kristine G. Baker
United States District Judge